**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Chantel Johnson McGreer, Ricky McGreer, and Jonathan
Sullivan, Sr., Defendants,

Of Whom Chantel Johnson McGreer and Ricky McGreer
are the Appellants,

In the interest of minor children under the age of
eighteen.

Appellate Case No. 2014-000571

Appeal From Greenville County
David E. Phillips, Family Court Judge

Unpublished Opinion No. 2015-UP-118
Submitted February 11, 2015 – Filed March 2, 2015

**AFFIRMED**

Anne Bell Fant, of Law Office of Anne Bell Fant, LLC,
of Simpsonville, for Appellant Chantel McGreer.

Jeffrey Dean Ezell, of Ezell Law Firm, LLC, of Greenville, for Appellant Ricky McGreer.

Jonathan Ashley Neal, of the South Carolina Department of Social Services, of Greenville, for Respondent.

Robert A. Clark, of Greenville, for the Guardian ad Litem.

_____

**PER CURIAM:** Chantel McGreer and Ricky McGreer appeal the family court's final order terminating their parental rights to their minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2014). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing. Accordingly, we affirm the family court's ruling and relieve Chantel's and Ricky's counsel.

**AFFIRMED.**[1]

**FEW, C.J., and HUFF and WILLIAMS, JJ., concur.**

_____

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.